1  PARSONS BEHLE & LATIMER
   Scott S. Bell, Bar No. 9507
2  201 S. Main Street, Suite 1800
3  Salt Lake City, Utah 84111
   Telephone: (801) 532-1234
4          -and-
   Robert W. DeLong, Bar No. 10022
5  50 W. Liberty Street, Suite 750
   Reno, Nevada 89501
6  Telephone: (775) 323-1601

7
   *Attorneys for Defendant U.S. Bank N.A.,*
8  *successor trustee to Bank of America, N.A.,*
   *successor in interest to LaSalle Bank N.A.,*
9  *on behalf of the registered holders of Bear*
   *Stearns Asset Backed Securities I LLC,*
10 *Asset-Backed Certificate, Series 2006-HE8*

11
                  UNITED STATES DISTRICT COURT
12
                       DISTRICT OF NEVADA
13

14 | JOSEPH EUGENE PIOVO, individually and as Beneficiary of the Vice Roy United Nations Credit and Commerce International Blind Trust, | Case No. 2:13-cv-01922-APG-GWF

15

16

17               Plaintiff,                   **NOTICE OF APPEARANCE**

18     v.

19 ROBERT STONE; ANTONIETA TOVAR-GUZMAN; MERSCORP, INC.; CBSK
20 FINANCIAL GROUP, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
21 SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS
22 SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS
23 TRUSTEE FOR CERTIFICATE HOLDERS
24 OF BEAR STERNS ASSET BACKED SECURITIES I, LLC ASSET BACKED
25 CERTIFICATES, SERIES 2006-HE8; AND ALL PERSONS CLAIMING BY, THROUGH
26 OR UNDER SUCH PERSONS UNKNOWN
27 CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN
28 THE PROPERTY DESCRIBED IN THE

1 | COMPLAINT ADVERSE TO PLAINTIFF TITLE THERETO; Does 1-100, inclusive,
2 |
3 | Defendants.

4 **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

5

6      PLEASE TAKE NOTICE that Scott S. Bell and Robert W. DeLong of Parsons Behle &
7 Latimer hereby enter their appearance as counsel of record on behalf of Defendant U.S. Bank
8 N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on
9 behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed
10 Certificate, Series 2006-HE8 in the above-referenced matter, and request that they be copied
11 electronically on all pleadings filed and notices sent in this matter, as follows:

12     SCOTT S. BELL
    Nevada State Bar No. 9507
13     ROBERT W. DELONG
    Nevada State Bar No. 10022
14     PARSONS BEHLE & LATIMER
    50 West Liberty Street, Suite 750
15     Reno, NV 89501
    Telephone: (775) 323-1601
16     Facsimile: (775) 348-7250
    E-mail: sbell@parsonsbehle.com
17     E-mail: rdelong@parsonsbehle.com

18 I certify that I am admitted to practice in this Court.

19 DATED: December 6, 2013.     PARSONS BEHLE & LATIMER

20

21     By: /s/ Robert W. DeLong
        Scott S. Bell, NV Bar No. 9507
22         Robert W. DeLong, NV Bar No. 10022

23     *Attorneys for Defendant U.S. Bank N.A.,*
    *successor trustee to Bank of America, N.A.,*
24     *successor in interest to LaSalle Bank N.A.,*
    *on behalf of the registered holders of Bear*
25     *Stearns Asset Backed Securities I LLC,*
    *Asset-Backed Certificate, Series 2006-HE8*

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee with the law firm of Parsons Behle & Latimer, and that on the 6th day of December, 2013, I filed a true and correct copy of the foregoing NOTICE OF APPEARANCE with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

Kent F. Larsen
Smith Larsen & Wixom
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
kfl@slwlaw.com
Attorneys for Defendant
MERSCORP Holdings, Inc.

-and via U.S. Mail to the following:

Joseph Eugene Piovo
1853 Indian River Bend Drive
Henderson, Nevada 89074
viceroyuncci@gmail.com

Plaintiff in Proper Person

/s/ Tracy L. Brown
Employee of Parsons Behle & Latimer

20967.784/4841-0147-9191.1