AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada ▾

|  |  |  |
|---|---|---|
| Joseph Eugene Plovo, Individually and as Beneficiary C | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:13-cv-01922-APG-GWF |
| Antonieta Tovar-Guzman | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Antonieta Tovar-Guzman

Date:    01/15/2014

*Shauna Brennan*
*Attorney's signature*

Shauna S. Brennan NV Bar 6235
*Printed name and bar number*
Brennan Legal Counsel Group, PLLC
9480 S. Eastern Ave, Ste 105 PMB 289
Las Vegas, Nevada 89123

*Address*

sbrennan@outsidegeneralcounsel.com
*E-mail address*

(702) 306-8104
*Telephone number*

(702) 834-5340
*FAX number*