**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH EUGENE PIOVO, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT STONE, *et al.*, )<br>)<br>Defendants. )<br>) | Case No. 2:13-cv-01922-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Notice to the Clerk of Court (#35) filed January 30, 2014, wherein Plaintiff brings to the Court's attention that he has not received copies of Defendant Antonieta Tovar-Guzman's Motion to Set Aside Default and Motion to Dismiss (#23), filed January 16, 2014, as well as Exhibits (#25-29) to the Motion to Set Aside Default and Motion to Dismiss. Plaintiff has filed this matter pro se and does not have access to the Court's Case Management/Electronic Case Files (CM/ECF) system. Accordingly, all documents filed in this matter are to be mailed to Plaintiff at his address in Henderson.

**IT IS ORDERED** Defendant Antonieta Tovar-Guzman is to serve a copy of her Motion to Set Aside Default and Motion to Dismiss (#23), as well as all Exhibits (#25-29) to Plaintiff at his address in Henderson and file a certificate of service regarding same within five (5) days of the date of this Order.

. . .

. . .

. . .

**IT IS FURTHER ORDERED** Plaintiff shall have fourteen (14) days to file a responsive pleading from the date of the certificate of service.

DATED this 3rd day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge