UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH EUGENE PIOVO, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust,<br><br>          Plaintiff,<br><br>vs.<br><br>ROBERT STONE, *et al.*,<br><br>          Defendants. | Case No. 2:13-cv-01922-APG-GWF<br><br>**ORDER** |

      This matter is before the Court on Defendant Antonieta Tovar-Guzman's failure to file a certificate of service. On February 3, 2014, the Court ordered that Defendant serve a copy of her Motion to Set Aside Default and Motion to Dismiss (#23), as well as all Exhibits (#25-29) to Plaintiff at his address in Henderson and to file a certificate of service regarding same within five (5) days of the date of its Order (#36). To date, Defendant has failed to comply. Accordingly,

      **IT IS ORDERED** counsel for the parties shall file a certificate of service no later than **February 21, 2014**.

      DATED this 13th day of February, 2014.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge