| | |
|---|---|
| 1 | PARSONS BEHLE & LATIMER |
| 2 | Scott S. Bell, Bar No. 9507<br>201 S. Main Street, Suite 1800 |
| 3 | Salt Lake City, Utah 84111<br>sbell@parsonsbehle.com |
| 4 | Telephone: (801) 532-1234<br>           -and- |
| 5 | Robert W. DeLong, Bar No. 10022 |
| 6 | 50 W. Liberty Street, Suite 750<br>Reno, Nevada 89501 |
| 7 | rdelong@parsonsbehle.com<br>Telephone: (775) 323-1601 |
| 8 | |
| 9 | *Attorneys for Defendant U.S. Bank N.A., successor trustee to Bank of America, N.A.,* |
| 10 | *successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear* |
| 11 | *Stearns Asset Backed Securities I LLC, Asset-Backed Certificate, Series 2006-HE8* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 15 | JOSEPH EUGENE PIOVO, individually and as Beneficiary of the Vice Roy United Nations Credit and Commerce International Blind Trust, | Case No. 2:13-cv-01922-APG-GWF |
| 18 | Plaintiff, | **STIPULATION AND ORDER EXTENDING BRIEFING ON MOTION TO STAY DISCOVERY AND REQUESTING NEW HEARING DATE** |
| 19 | v. | |
| 20-28 | ROBERT STONE; ANTONIETA TOVAR-GUZMAN; MERSCORP, INC.; CBSK FINANCIAL GROUP, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STERNS ASSET BACKED SECURITIES I, LLC ASSET BACKED CERTIFICATES, SERIES 2006-HE8; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE | |

TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF TITLE THERETO; Does 1-100, inclusive,

Defendants.

IT IS STIPULATED by and between Defendant U.S. Bank National Association, as successor Trustee to Bank of America, National Association, successor in interest to LaSalle Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed Securities I, LLC, Asset-Backed Certificates, Series 2006-HE8 ("Defendant"), by and through its counsel of record, Plaintiff Joseph Eugene Piovo, and Defendant MERSCORP Holdings, Inc., by and through its counsel of record, that the deadline for the Opposition to Defendant U.S. Bank's Motion to Stay Discovery (Doc. 39) be extended to March 14, 2014, and the deadline for the Reply be extended to March 21, 2014. This extension is requested because the Motion was mailed to an incorrect address for Mr. Piovo.

The hearing on this matter is currently set for Monday, March 17, 2014 at 10:30 a.m. The parties hereby request that the Court set a new hearing date, pursuant to the new briefing schedule, at a time convenient for the Court.

DATED: March 02, 2014.

By: _____
JOSEPH EUGENE PIOVO
Plaintiff

DATED: March 3, 2014.

PARSONS BEHLE & LATIMER

By: _____
Scott S. Bell, NV Bar No. 9507
Robert W. DeLong, NV Bar No. 10022
*Attorneys for Defendant U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificate, Series 2006-HE8*

DATED: ~~February~~ March 2, 2014.

SMITH LARSEN & WIXOM

By: _____
Kent F. Larsen, NV Bar No. 3463
*Attorneys for MERSCORP Holdings, Inc.*

IT IS HEREBY ORDERED that the new briefing schedule on the Motion to Stay Discovery (Doc. 39) is as follows: Opposition shall be due on March 14, 2014, and Reply shall be due on March 21, 2014.

IT IS ALSO HEREBY ORDERED that the hearing on the Motion to Stay Discovery (Doc. 39), currently set for Monday, March 17, 2014 at 10:30 a.m. shall be continued until Friday, March 28, 2014, at 9:30 a.m.

IT IS SO ORDERED.

DATED: March 3, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee with the law firm of Parsons Behle & Latimer, and that on the 3rd day of March, 2014, I filed a true and correct copy of the foregoing STIPULATION AND ORDER EXTENDING BRIEFING ON MOTION TO STAY DISCOVERY AND REQUESTING NEW HEARING DATE with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

Shauna S. Brennan
4291 San Alivia
Las Vegas, Nevada 89141
Courtesy Email:
sbrennan@outsidegeneralcounsel.com

Attorney for Defendant
Antonieta Tovar-Guzman

Kent F. Larsen
Smith Larsen & Wixom
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Courtesy Email: kfl@slwlaw.com

Attorneys for Defendant
MERSCORP Holdings, Inc.

-and via U.S. Mail to the following:

Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074
Courtesy Email: viceroyuncci@gmail.com

Pro Se Plaintiff

Robert Stone
659 E. 660 North
Orem, Utah 84091

Pro Se Defendant

/s/ Tracy L. Brown
Employee of Parsons Behle & Latimer

20967.784/4841-0147-9191.1