PARSONS BEHLE & LATIMER
Scott S. Bell, Bar No. 9507
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111
sbell@parsonsbehle.com
Telephone: (801) 532-1234
                -and-
Robert W. DeLong, Bar No. 10022
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
rdelong@parsonsbehle.com
Telephone: (775) 323-1601

*Attorneys for Defendant U.S. Bank N.A.,
successor trustee to Bank of America, N.A.,
successor in interest to LaSalle Bank N.A.,
on behalf of the registered holders of Bear
Stearns Asset Backed Securities I LLC,
Asset-Backed Certificate, Series 2006-HE8*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH EUGENE PIOVO, individually and as Beneficiary of the Vice Roy United Nations Credit and Commerce International Blind Trust,<br><br>                    Plaintiff,<br><br>        v.<br><br>ROBERT STONE; ANTONIETA TOVAR-GUZMAN; MERSCORP, INC.; CBSK FINANCIAL GROUP, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STERNS ASSET BACKED SECURITIES I, LLC ASSET BACKED CERTIFICATES, SERIES 2006-HE8; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE | Case No.  2:13-cv-01922-APG-GWF<br><br><br>**STIPULATION AND ORDER EXTENDING BRIEFING ON MOTION TO STAY DISCOVERY AND REQUESTING NEW HEARING DATE** |

1 | TITLE, ESTATE, LIEN OR INTEREST IN
2 | THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF
3 | TITLE THERETO; Does 1-100, inclusive,

4 | Defendants.

5 IT IS STIPULATED by and between Defendant U.S. Bank National Association, as

6 successor Trustee to Bank of America, National Association, successor in interest to LaSalle

7 Bank National Association, on behalf of the registered holders of Bear Stearns Asset Backed

8 Securities I, LLC, Asset-Backed Certificates, Series 2006-HE8 ("Defendant"), by and through its

9 counsel of record, Plaintiff Joseph Eugene Piovo, and Defendant MERSCORP Holdings, Inc., by

10 and through its counsel of record, that the deadline for the Opposition to Defendant U.S. Bank's

11 Motion to Stay Discovery (Doc. 39) be extended to March 14, 2014, and the deadline for the

12 Reply be extended to March 21, 2014. This extension is requested because the Motion was

13 mailed to an incorrect address for Mr. Piovo.

14 The hearing on this matter is currently set for Monday, March 17, 2014 at 10:30 a.m. The

15 parties hereby request that the Court set a new hearing date, pursuant to the new briefing

16 schedule, at a time convenient for the Court.

17 DATED: March 02, 2014.

18

19 By:

20 JOSEPH EUGENE PIOVO
*Plaintiff*

21

22 DATED: *March* _3_, 2014. PARSONS BEHLE & LATIMER

23

24 By:

Scott S. Bell, NV Bar No. 9507
25 Robert W. DeLong, NV Bar No. 10022
*Attorneys for Defendant U.S. Bank N.A.,*
26 *successor trustee to Bank of America, N.A.,*
*successor in interest to LaSalle Bank N.A.,*
27 *on behalf of the registered holders of Bear*
*Stearns Asset Backed Securities I LLC,*
28 *Asset-Backed Certificate, Series 2006-HE8*

PARSONS
BEHLE &
LATIMER

20967.784/4813-7549-2377.1

2

DATED: ~~February~~ *March* 2, 2014.

SMITH LARSEN & WIXOM

By:
Kent F. Larsen, NV Bar No. 3463
*Attorneys for MERSCORP Holdings, Inc.*

IT IS HEREBY ORDERED that the new briefing schedule on the Motion to Stay Discovery (Doc. 39) is as follows:  Opposition shall be due on March 14, 2014, and Reply shall be due on March 21, 2014.

IT IS ALSO HEREBY ORDERED that the hearing on the Motion to Stay Discovery (Doc. 39), currently set for Monday, March 17, 2014 at 10:30 a.m. shall be continued until Friday, March 28, 2014, at 9:30 a.m.

IT IS SO ORDERED.

DATED:  March 3, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge

20967.784/4813-7549-2377.1

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that I am an employee with the law firm of Parsons Behle & Latimer, and

3

that on the 3rd day of March, 2014, I filed a true and correct copy of the foregoing

4

STIPULATION AND ORDER EXTENDING BRIEFING ON MOTION TO STAY

5

DISCOVERY AND REQUESTING NEW HEARING DATE with the Clerk of the Court through

6

the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

7

8      Shauna S. Brennan                      Kent F. Larsen
       4291 San Alivia                        Smith Larsen & Wixom
9      Las Vegas, Nevada 89141                Hills Center Business Park
       Courtesy Email:                        1935 Village Center Circle
10     sbrennan@outsidegeneralcounsel.com     Las Vegas, Nevada 89134
                                              Courtesy Email: kfl@slwlaw.com
11
       Attorney for Defendant
12     Antonieta Tovar-Guzman                 Attorneys for Defendant
                                              MERSCORP Holdings, Inc.
13

14     -and via U.S. Mail to the following:

15     Joseph Eugene Piovo                     Robert Stone
       1853 Indian Bend Drive                 659 E. 660 North
16     Henderson, Nevada 89074                Orem, Utah 84091
       Courtesy Email: viceroyuncci@gmail.com
17                                            Pro Se Defendant
       Pro Se Plaintiff
18

19

20                                    /s/  Tracy L. Brown
                                      Employee of Parsons Behle & Latimer
21

22

23

24

25

26

27

28

20967.784/4841-0147-9191.1