PARSONS BEHLE & LATIMER
David R. Hall, Bar No. 9571
Scott S. Bell, Bar No. 9507
201 S. Main Street, Suite 1800
Salt Lake City, Utah 84111
sbell@parsonsbehle.com
Telephone: (801) 532-1234
      -and-
Robert W. DeLong, Bar No. 10022
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
rdelong@parsonsbehle.com
Telephone: (775) 323-1601

*Attorneys for Defendant U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificate, Series 2006-HE8*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH EUGENE PIOVO, individually and as Beneficiary of the Vice Roy United Nations Credit and Commerce International Blind Trust,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT STONE; ANTONIETA TOVAR-GUZMAN; MERSCORP, INC.; CBSK FINANCIAL GROUP, INC.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STERNS ASSET BACKED SECURITIES I, LLC ASSET BACKED CERTIFICATES, SERIES 2006-HE8; AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSONS UNKNOWN | Case No. 2:13-cv-01922-APG-GWF<br><br>**NOTICE OF APPEARANCE** |

CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF TITLE THERETO; Does 1-100, inclusive,

Defendants.

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that David R. Hall of Parsons Behle & Latimer hereby enters his appearance as counsel of record on behalf of Defendant U.S. Bank, N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank, N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificate Series 2006-HE8 in the above-referenced matter, and requests that he be copied electronically on all pleadings filed and notices sent in this matter:

> DAVID R. HALL
> Nevada State Bar No. 9571
> PARSONS BEHLE & LATIMER
> 50 West Liberty Street, Suite 750
> Reno, NV 89501
> Telephone: (775) 323-1601
> Facsimile: (775) 348-7250
> E-mail: dhall@parsonsbehle.com

I certify that I am admitted to practice in this Court.

DATED: March 17, 2014.                    PARSONS BEHLE & LATIMER

By: /S/ David R. Hall
David R. Hall, NV State Bar No. 9571
Scott S. Bell, NV Bar No. 9507
Robert W. DeLong, NV Bar No. 10022
*Attorneys for Defendant U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the registered holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificate, Series 2006-HE8*