# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH EUGENE PIOVO, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust,

    Plaintiff,

vs.

ROBERT STONE, *et al.*,

    Defendants.

Case No. 2:13-cv-01922-APG-GWF

**ORDER**

Motion for Extension (#53)

This matter is before the Court on Plaintiff's Motion for Extension of Time to Serve Defendant CBSK Financial Group, Inc. ("CBSK") (#53), filed March 11, 2014.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Here, Plaintiff alleges that he was unable to effectuate service of process within 120 days because CBSK dissolved and the company's registered agent for service of process resigned on August 16, 2007. Plaintiff in good faith requests an enlargement of time to locate and effect service of process upon known officers of CBSK. The Court finds Plaintiff has shown good cause for an extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Serve Defendant CBSK Financial Group, Inc. (#53) is **granted**. Plaintiff shall have until **May 19, 2014** to complete service of process upon Defendant CBSK Financial Group, Inc.

DATED this 19th day of March, 2014.

                                                                           **GEORGE FOLEY, JR.**
                                                                           **UNITED STATES MAGISTRATE JUDGE**