AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Joseph Eugene Piovo, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust
1853 Indian Bend Drive
Henderson, Nevada 89074
APN:178-17-911-009

  *Plaintiff(s)*

v.

Civil Action No. 2:13-cv-01922-APG-GWF

MICHELLE WILSON

  *Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

  MICHELLE WILSON
  1320 Fairchild St.
  Las Vegas, NV 89110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

  Joseph Eugene Piovo
  1853 Indian Bend Drive
  Henderson, Nevada 89074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/27/14

  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Joseph Eugene Piovo, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust
1853 Indian Bend Drive
Henderson, Nevada 89074
APN:178-17-911-009

*Plaintiff(s)*

v.

Civil Action No. 2:13-cv-01922-APG-GWF

**CHICAGO TITLE**

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHICAGO TITLE
c/o CT Corporation System
208 So. LaSalle Street
Suite 814
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Joseph Eugene Piovo
    1853 Indian Bend Drive
    Henderson, Nevada 89074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 5/27/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Joseph Eugene Piovo, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust
1853 Indian Bend Drive
Henderson, Nevada 89074
APN:178-17-911-009

*Plaintiff(s)*

v.

Civil Action No. 2:13-cv-01922-APG-GWF

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; A/K/A MERS

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; A/K/A MERS
Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/27/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Joseph Eugene Piovo, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust
1853 Indian Bend Drive
Henderson, Nevada 89074
APN:178-17-911-009

*Plaintiff(s)*

v.

Civil Action No. 2:13-cv-01922-APG-GWF

**SHAUNA BRENNAN**

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SHAUNA BRENNAN
9480 S.Eastern Ave. Suite 105 #289
Las Vegas, NV 89123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Joseph Eugene Piovo
        1853 Indian Bend Drive
        Henderson, Nevada 89074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/27/14

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Joseph Eugene Piovo, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust
1853 Indian Bend Drive
Henderson, Nevada 89074
APN:178-17-911-009

*Plaintiff(s)*

v.

Civil Action No.  2:13-cv-01922-APG-GWF

**ROBERT STONE**

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**ROBERT STONE**
**659 E. 660 North**
**Orem, UT 84091**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Joseph Eugene Piovo
    1853 Indian Bend Drive
    Henderson, Nevada 89074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/27/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Joseph Eugene Piovo, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust
1853 Indian Bend Drive
Henderson, Nevada 89074
APN:178-17-911-009

*Plaintiff(s)*

v.

Civil Action No. 2:13-cv-01922-APG-GWF

RONALD A. COLQUITT

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

RONALD A. COLQUITT
42 S. Water Street, Suite B
Henderson, NV 89015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/27/14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Joseph Eugene Piovo, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust<br>1853 Indian Bend Drive<br>Henderson, Nevada 89074<br>APN:178-17-911-009<br><br>*Plaintiff(s)*<br>v.<br><br>CBSK FINANCIAL GROUP, INC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  2:13-cv-01922-APG-GWF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    CBSK FINANCIAL GROUP, INC.
    c/o CHARLES BRENT MCELWEE, President
    c/o CYNTHIA ROSE MCELWEE, Secretary
    26121 Calle Roberto
    San Juan Capistrano, CA 92675-3059

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Joseph Eugene Piovo
                1853 Indian Bend Drive
                Henderson, Nevada 89074

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                            CLERK OF COURT

Date: 5/27/14                                                  *[signature]*
                                                                   *Signature of Clerk or Deputy Clerk*