```
                                    ☑ FILED        ___ RECEIVED
                                    ___ ENTERED    ___ SERVED ON
                                        COUNSEL/PARTIES OF RECORD

                                         OCT 1 0 2014

                                    CLERK US DISTRICT COURT
                                      DISTRICT OF NEVADA
                                  BY:_____ DEPUTY
```

Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074
702-756-8902
viceroyuncci@gmail.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Joseph Eugene Piovo, Sui juris, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust<br>1853 Indian Bend Drive<br>Henderson, Nevada 89074<br>APN:178-17-911-009<br>　　　　　Plaintiffs,<br>　　　　　vs.<br>ROBERT STONE;<br>RONALD A. COLQUITT;<br>MICHELLE WILSON;<br>ANTONIETA TOVAR-GUZMAN;<br>SHAUNA S. BRENNAN;<br>CBSK FINANCIAL GROUP, INC.;<br>CHICAGO TITLE;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; A/K/A MERS;<br>MERSCORP HOLDINGS, INC.; A/K/A MERSCORP, INC.;<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2006-HE8;<br>Does 1-100 inclusive;<br>　　　　　Defendants. | No. 2:13-CV-01922-APG-GWF<br><br>**SECOND REQUEST TO ENTER DEFAULT AGAINST DEFENDANT RONALD A. COLQUITT** |

1

TO THE CLERK OF THE COURT:

Second Request to enter Default against Defendant RONALD A. COLQUITT as provided by Fed. R. Civ. P. 55(a) as he failed to plead or otherwise defend pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i). In support of this request, please see affidavit/proof of service Doc 94.

<u>Declaration of Joseph Eugene Piovo, Pursuant to 28 U.S.C. § 1746.</u>

Comes now Joseph Eugene Piovo Plaintiff, and pursuant to 28 U.S.C. 1746 hereby declares as follows:

1. On August 11, 2014, Defendant RONALD A. COLQUITT was personally served at his law office where he agreed to accept service of process located at 321 S. Casino Center, Las Vegas, NV 89101 with the Summons and Complaint. The return of service was filed with the court on August 29, 2014, Doc 107.

2. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant was required to serve an answer or otherwise plead by September 1, 2014 and failed to do so.

3. Rule 55(a) provides as follows:

   (a) Entering a Default.

   "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

4. On September 2, 2014, Defendant RONALD A. COLQUITT filed Motion to Quash Service (Doc 108) and Motion to Dismiss Complaint (Doc 109).

5. On September 3, 2014, Plaintiff filed Motion to Enter Clerk's Default against Defendant RONALD A. COLQUITT. (Doc 112)

6. Plaintiff timely filed its opposition to the motion and the motion was heard on October 3, 2014. Magistrate George Foley entered an Order on October 3, 2014 denying the motion to

Quash (Doc 108) and Motion to Dismiss (Doc 109) and declaring that Defendant RONALD A. COLQUITT was properly served before the time for service expired. (Doc 108).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 10, 2014

Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074
702-756-8902
viceroyuncci@gmail.com

3