# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH EUGENE PIOVO, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust,<br><br>           Plaintiff,<br><br>vs.<br><br>ROBERT STONE, *et al.*,<br><br>           Defendants. | Case No. 2:13-cv-01922-APG-GWF<br><br>**ORDER**<br>Motion to Strike - #136<br>Motion to Enter Default - #137 |

This matter is before the Court on Plaintiff's Motion to Strike Defendant Colquitt's Answer and Affirmative Defenses (#136), filed on October 24, 2014, and Plaintiff's Motion to Enter Default Against Defendant Ronald A. Colquitt (#137), filed on October 24, 2014. Defendants Mortgage Electronic Registration Systems, Inc. and MERSCORP Holdings, Inc. filed their Response to Plaintiff's Motion to Strike (#138) on November 3, 2014. Defendant Ronald Colquitt filed his Opposition to Plaintiff's Motion to Strike (#139) on November 5, 2014. The Plaintiff filed his Consolidated Reply (#142) on November 14, 2014.

Plaintiff requests that the Court strike the Answer and Affirmative Defenses filed by Defendant Ronald Colquitt on the grounds that Colquitt improperly filed pro se motions in his own defense. Colquitt filed his answer (#135) on his own behalf on October 15, 2014. Colquitt has represented only himself throughout the litigation, and therefore can file motions pro se on his own behalf. The motions were filed properly, and there are no grounds to strike or to enter default. Accordingly,

. . .

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Defendant Colquitt's Answer and Affirmative Defenses (#136) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Enter Default Against Defendant Ronald A. Colquitt (#137) is **denied**.

DATED this 17th day of November, 2014.

```
                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge
```