# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH EUGENE PIOVO, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust,<br><br>              Plaintiff,<br><br>vs.<br><br>ROBERT STONE, *et al.*,<br><br>              Defendants. | Case No. 2:13-cv-01922-APG-GWF<br><br>**ORDER** |

      This matter is before the Court on Plaintiff's Motion to Extend Time of Service as to Defendant Michelle Wilson as a Result of a Notice of Intention to Dismiss Defendant Michelle Wilson Issued by the Clerk of Court Lance S. Wilson Pursuant to Rule 4(m) Doc 149 (#150), filed on January 27, 2015.

      The Plaintiff requests an extension of time to serve Defendant Michelle Wilson. The Court previously ordered that the Plaintiff would have an opportunity to serve Defendant Wilson if the stay of discovery was listed. (#147). The stay on discovery has not yet been lifted. (See #59). Unless the stay is lifted, Plaintiff's motion is premature. The Notice of Dismissal was entered in error by the Clerk's Office. (See updated #149). Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Time of Service as to Defendant Michelle Wilson is **denied** without prejudice.

      **DATED** this 30th day of January, 2015.

                                               */s/ George Foley, Jr.*
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge