Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074
702-897-2602
viceroyuncci@gmail.com

```
                FILED      RECEIVED
                ENTERED    SERVED ON
                COUNSEL/PARTIES OF RE....

                2015 FEB -6  P 12: 00

                  US DISTRICT COURT
                  TRICT OF NEVADA

                                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Joseph Eugene Piovo, Sui juris, Individually and as Beneficiary of Vice Roy United Nations Credit and Commerce International Blind Trust<br>1853 Indian Bend Drive<br>Henderson, Nevada 89074<br>APN:178-17-911-009<br>　　　　　Plaintiffs,<br>vs.<br><br>ROBERT STONE;<br>RONALD A. COLQUITT;<br>MICHELLE WILSON;<br>ANTONIETA TOVAR-GUZMAN;<br>SHAUNA S. BRENNAN;<br>CBSK FINANCIAL GROUP, INC.;<br>CHICAGO TITLE;<br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; A/K/A MERS;<br>MERSCORP HOLDINGS, INC.; A/K/A MERSCORP, INC.;<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STERNS ASSET BACKED SECURITIES I LLC, ASSET BACKED CERTIFICATES, SERIES 2006-HE8;<br><br>Does 1-100 inclusive;<br>　　　　　Defendants. | No. 2:13-CV-01922-APG-GWF<br><br>**REQUEST TO ENTER DEFAULT AGAINST DEFENDANT CBSK FINANCIAL GROUP, INC.** |

1

TO THE CLERK OF THE COURT:

Please enter Default against Defendant CBSK FINANCIAL GROUP, INC. (hereinafter "CBSK") as provided by Fed. R. Civ. P. 55(a) as it failed to plead or otherwise defend pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i). In support of this request, please see affidavit/proof of service Doc 148.

<u>Declaration of Joseph Eugene Piovo, Pursuant to 28 U.S.C. § 1746.</u>

Comes now Joseph Eugene Piovo Plaintiff, and pursuant to 28 U.S.C. 1746 hereby declares as follows:

1. On December 30, 2014, the Court granted Plaintiff's Motion for Alternative Service of the Summons and Second Amended Complaint by mail to Defendant CBSK by serving the officers of CBSK Charles Brent McElwee and Cynthia McElwee, President and Secretary respectively. (Doc 147)

2. On January 12, 2015, Plaintiff effected service by certified mail on said officers which were each personally served at their residence located at 33 Sarazen Lane, Trabuco Canyon, CA 92679-5007 with the Summons and Complaint. The return of service was filed with the court on January 13, 2015, Doc 148 Proof of Service.

3. United States Post Office shows signed delivery of the summons and Second Amended Complaint to both Charles Brent McElwee and Cynthia McElwee on January 16, 2015.

4. Defendant's officers acknowledged the receipt of service by sending a letter to Plaintiff, the letter is attached herewith as Exhibit A.

5. Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant was required to serve an answer or otherwise plead by February 2, 2015 and failed to do so.

6. Rule 55(a) provides as follows:

   (a) Entering a Default.

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 6, 2015

*/s/ Joseph E. Piovo*
Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074
702-897-2602
viceroyuncci@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2015, I have caused to be mailed via Regular Mail by United States Postal Service the foregoing Request to Enter Default to the following participants at the addresses listed below:

Ronald A. Colquitt
321 S. Casino Center Blvd., #112
Las Vegas NV 89101
February 6, 2015

February 6, 2015

*/s/ Joseph E. Piovo*
Joseph Eugene Piovo
1853 Indian Bend Drive
Henderson, Nevada 89074
702-897-2602
viceroyuncci@gmail.com