# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Joseph Eugene Piovo

    Plaintiff(s),

vs.

Stone et al.,

    Defendant(s).

Case # 2:13-cv-01922-APG-GWF

**DEFAULT**

It appearing from the records in the above-entitled action that Summons issued on the __Amended__ Complaint __3/28/2014__
(Original, Amended, etc)   (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __CBSK Financial Group, Inc.__

in the above-entitled action is hereby entered.

DATED: __2/9/2015__

LANCE S. WILSON, CLERK

By: /s/Danielle Cacciabaudo
Deputy Clerk